UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-20219-CR-KING-003     Date: August 10, 2022  Judge James Lawrence King
Defendant: **Oscar Lozano Badillo**   Defense counsel: Jason W. Kreiss, Esq.
AUSA: Yvonne Rodriguez-Schack     U.S. Probation: Ana Brzica

**JUDGMENT AND SENTENCE**

| | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count I | | 87 | | |

(**X**) Defendant given credit for time served as of 3/21/2021
( ) CONCURRENT each count ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed  -0-
( ) The court orders restitution
(**X**) Count remaining dismissed  II
( ) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

| | YEARS |
|---|---|
| Counts I | 5 |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT each count ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  ( ) Financial Disclosure  ( ) Permissible Search ( ) Mental Health Treatment   ( ) IRS Cooperation ( ) Related Concerns Restrictions (**X**) Unpaid fines, restitution, and any other fines    ( ) Return Passport to Defendant or his Counsel

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends:   FCI Miami, Florida, as close to South Florida as possible
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.         *RIGHT TO AN APPEAL GIVEN OPEN COURT*

- The Court Adopts and Affirm the Report & Recommendation for the Plea of Guilty as to Count 1 of the Indictment
- The Court hereby Adjudicates the defendant as to Count 1
- Counsel for the defendant *ore tenus* Motion for the Court to Accept the Joint Recommendation of Downward Variance
- The Court hereby Adopts & Grants the Joint Recommendation of the Downward Variance

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Francine Salopek